IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

IN RE THE APPLICATION FOR ) CASE NO. 1:24-CR-00014
PRO HAC VICE ADMISSION OF )
)
Barry J. Pollack )
)
_____ )

Petitioner states the following under the penalties of perjury:

Full Name: Barry J. Pollack

Other Names Known By: N/A

Birth Date: November 8, 1964

Business Address and Contact Information: Harris St. Laurent & Wechsler, 1775 Pennsylvania Ave., NW, Suite 650, Washington, DC 20006

College and Graduation Date: Indiana University 1986

Law School, Degree, and Graduation Date: Georgetown University Law Center, J.D., 1991

Petitioner has been duly admitted on the date shown and remains a member in good standing of the following courts (include Bar Numbers where appropriate):

| Jurisdiction | Admission Date | Registration Or Bar Number |
|---|---|---|
| Maryland | 12/19/1991 | 9112190054 |
| District of Columbia | 10/05/1992 | 434513 |
| New York | 10/17/2010 | 4873022 |
| | | |
| | | |
| | | |

Petitioner's International Standard Lawyer Number (ISLN) is: _____.

Petitioner represents that he or she has not been suspended from the practice of law for misconduct or for any other cause, has not been denied admission to practice before any court, and has never withdrawn a petition to practice before any court before the court had ruled on it.

If I have within the preceding year of the date of this application been admitted to this court pro hac vice, the case for which I was admitted was: _____N/A_____

In accordance with Local Rule 83.5.f, or its successor, petitioner represents that he or she has associated with local counsel  Richard C. Miller , who has agreed to the requirements of Local Rule 83.5.f.

Petitioner asks that this petition to practice before the United States District Court for the Northern Mariana Islands in the above-numbered cause be granted.

DATED this  25th  day of  June , 2024 .

  /s/ Barry J. Pollack
Petitioner's Signature