F I L E D
Clerk
District Court

JUN 25 2024

for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE THE APPLICATION FOR ) <br> PRO HAC VICE ADMISSION OF ) <br> ) <br> Barry J. Pollack ) <br> ) <br> _____ ) | CASE NO. 1:24-CR-00014 <br><br> **ORDER ADMITTING** <br> **PETITIONER PRO HAC VICE** |

**PURSUANT TO** the Petition for Pro Hac Vice Admission and the Local Rules of this Court, and good cause appearing,

**IT IS ORDERED** that _____Barry J. Pollack_____ is admitted pro hac vice to practice before this court in the matter entitled _____United States of America v. Assange_____, upon taking of the oath.

**DATED** this __25th__ day of __June__, __2024__.

_____
Ramona V. Manglona, Chief Judge

AO 72
(Rev. 08/82)