AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  24-cr-00014 |
| Julian Paul Assange, | ) | |
| | ) | |
| Defendant | ) | |

FILED
Clerk
District Court

JUN 2 6 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6-26-24

*J.P. [signature]*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Barry J. Pollack
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

Ramona V. Manglona, Chief Judge
*Judge's printed name and title*