Case 1:24-cr-00014   Document 12   Filed 06/26/24   Page 1 of 1

FILED
Clerk
District Court

JUN 26 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 24-CR-00014 |
| Plaintiff, | |
| vs. | **STIPULATION OF FACTS** |
| JULIAN PAUL ASSANGE, | |
| Defendant. | |

The parties, by and through their respective counsel, hereby stipulate to the following facts in aid of sentencing:

1. That on or about July 30, 2013, co-conspirator Chelsea Manning was found guilty of various offenses under the Uniform Code of Military Justice for conduct relating to the crime charged in the Information;

2. That on or about August 21, 2013, Manning was sentenced to serve thirty-five (35) years in prison for those crimes;

3. That on or about January 17, 2017, President Barack Obama commuted all but four months of Manning's sentence; Manning ultimately served approximately seven (7) years in prison.

_____
MATTHEW MCKENZIE
Deputy Chief

_____
BARRY POLLACK
Attorney for Defendant Assange